**John W. ICKES, Plaintiff-Appellant,**

**v.**

**Jason WILSON, Facility Director; Twalla Moore, Property Dept. Supervisor, Defendants-Appellees.**

**No. 16-6756**

United States Court of Appeals, Fourth Circuit.

Submitted: November 17, 2016

Decided: November 22, 2016

John Woodward Ickes, Jr., Appellant Pro Se. Pamela Brown Beckner, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before GREGORY, Chief Judge, and MOTZ and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Woodward Ickes, Jr., appeals the district court's order granting Defendants' motion for summary judgment in this civil rights action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Ickes v. Wilson, No. 1:15–cv–00605–LO–IDD, 2016 WL 2853534 (E.D. Va. filed May 11, 2016 & entered May 13, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED